```
 1  KEKER & VAN NEST, LLP
    DARALYN J. DURIE - #169825
 2  DAVID J. SILBERT - #173128
    KEVIN T. REED - #240799
 3  710 Sansome Street
    San Francisco, CA 94111-1704
 4  Telephone: (415) 391-5400
    Facsimile: (415) 397-7188
 5
    Attorneys for Defendant
 6  GOOGLE, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE E. FELDMAN, d/b/a LAWRENCE E. FELDMAN and ASSOCIATES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE, INC.,<br><br>　　　　Defendant | Case No. C 07-02411 PVT<br><br>**SUBSTITUTION OF COUNSEL** |

1  PLEASE TAKE NOTICE that Defendant Google, Inc. hereby substitutes Keker & Van
2  Nest, LLP as its attorneys of record in this action in place of Lindy & Associates, P.C., 1800 JFK
3  Boulevard, Suite 1500, Philadelphia, PA 19103, telephone number (215) 575-0702; facsimile
4  number (215) 765-8081 (fax).
5  All pleadings, orders and notices should henceforth be served upon Daralyn J. Durie and
6  David J. Silbert at Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California
7  94111, telephone number (415) 391-5400, facsimile number (415) 397-7188.

9  Dated: June 12, 2007            KEKER & VAN NEST, LLP

11
12  By: _____
     DAVID J. SILBERT
     Attorneys for Defendant
13   GOOGLE, INC.

15  I consent to the above substitution of counsel.
16  Dated:                          LINDY & ASSOCIATES, P.C.

18                                  By: _____
19                                      JEFFREY M. LINDY
                                        Attorneys for Defendant
20                                      GOOGLE, INC.

21  I consent to the above substitution of counsel.
22  Dated: June 12, 2007

24                                  _____ by DJS w/ permission
25                                  HILARY WARE
                                    General Counsel
26                                  GOOGLE, INC.

1   PLEASE TAKE NOTICE that Defendant Google, Inc. hereby substitutes Keker & Van
2   Nest, LLP as its attorneys of record in this action in place of Lindy & Associates, P.C., 1800 JFK
3   Boulevard, Suite 1500, Philadelphia, PA 19103, telephone number (215) 575-0702; facsimile
4   number (215) 765-8081 (fax).
5   All pleadings, orders and notices should henceforth be served upon Daralyn J. Durie and
6   David J. Silbert at Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California
7   94111, telephone number (415) 391-5400, facsimile number (415) 397-7188.

9   Dated:                                              KEKER & VAN NEST, LLP

12                                          By: _____
                                                DARALYN J. DURIE
                                                DAVID J. SILBERT
13                                              Attorneys for Defendant
                                                GOOGLE, INC.

15   I consent to the above substitution of counsel.
16   Dated: 6/11/07                                     LINDY & ASSOCIATES, P.C.

19                                          By: _____
                                                JEFFREY M. LINDY
                                                Attorneys for Defendant
20                                              GOOGLE, INC.

22   I consent to the above substitution of counsel.
23   Dated:

26                                              HILARY WARE
                                                General Counsel
27                                              GOOGLE, INC.

395538.01

SUBSTITUTION OF COUNSEL
CASE NO. C 07-02411 PVT