UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAWRENCE FELDMAN,<br><br>                 Plaintiff(s),<br><br>VS.<br><br>GOOGLE, INC.,<br><br>                 Defendant(s).<br>_____ | C 07-2411 PVT<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for August 14, 2007 before the Honorable Judge Patricia V. Trumbull has been continued to **August 17, 2007 @ 10:00 a.m.,** before the Honorable Judge James Ware. Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on or before August 10, 2007.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off calendar.

Dated: June 13, 2007                     RICHARD W. WIEKING,
                                                      Clerk of Court
                                                      /s/ Corinne Lew
                                                      _____
                                                      Corinne Lew
                                                     Deputy Clerk