1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


LAWRENCE FELDMAN,                              No. C 07-02411 JW

            Plaintiff(s),
                                              CLERK'S NOTICE
      v.

GOOGLE, INC.,

            Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:


YOU ARE NOTIFIED THAT the Case Management before Judge James Ware previously noticed

for August 17 2007 at 10:00 AM, has been reset to **September 24, 2007 at 10:00 AM,** Courtroom 8,

4th Floor, 280 S. 1st  Street, San Jose, California.

Dated:  June 13, 2007

                                    FOR THE COURT,
                                    Richard W. Wieking, Clerk


                            by: _____/s/_____
                                    Elizabeth Garcia
                                    Courtroom Deputy