1  KEKER & VAN NEST, LLP
   DARALYN J. DURIE - #169825
2  DAVID J. SILBERT - #173128
   KEVIN T. REED - #240799
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Defendant
6  GOOGLE, INC.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11  LAWRENCE E. FELDMAN, d/b/a       Case No. C 07-02411 JW
    LAWRENCE E. FELDMAN and
12  ASSOCIATES,                      **DEMAND FOR JURY TRIAL**

13                    Plaintiff,     Complaint Filed:   August 9, 2006

14      v.

15  GOOGLE, INC.,

16                    Defendant

17

18

19

20

21

22

23

24

25

26

27

28

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendant Google, Inc.

hereby demands a trial by jury on all issues properly triable by jury.


Dated:  June 20, 2007                                    KEKER & VAN NEST, LLP


                                          By:    /s/  David Silbert
                                                 DAVID J. SILBERT
                                                 Attorneys for Defendant
                                                 GOOGLE, INC.

1
DEMAND FOR JURY TRIAL
CASE NO. C 07-02411 JW

397579.01