IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE E. FELDMAN, et al.,

         Plaintiff,

        v.

GOOGLE, INC.,

         Defendant.

*E-FILED - 6/28/07*

CASE NO.: C-07-02411-RMW

**CLERK'S NOTICE OF SETTING CASE MANAGEMENT CONFERENCE**

    PLEASE TAKE NOTICE that a Case Management Conference has been scheduled for **August 17, 2007 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are ordered to file a Joint Case Management Statement by August 10, 2007.

    If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: June 28, 2007

                          BY: */s/ Jackie Garcia*
                                JACKIE GARCIA
                              Courtroom Deputy for
                              Honorable Ronald M. Whyte

1

2   Copy of Order E-Filed to Counsel of Record:

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28