UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 8/20/07*

Lawrence E. Feldman d/b/a/ Lawrence E.
Feldman & Associates
                         CASE NO. C-07-2411 RMW
            Plaintiff(s),

           v.                    STIPULATION AND [PROPOSED]
Google, Inc.                           ORDER SELECTING ADR PROCESS

           Defendant(s).
_____/

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)  (ADR L.R. 5)
  ✓    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
        Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

  ✓    other requested deadline  120 days from the order referring the case to ADR

Dated: August 6, 2007                                     Lawrence E. Feldman (pro se)
                                                             Attorney for Plaintiff

Dated: August 6, 2007                                       David J. Silbert
                                                             Attorney for Defendant

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
      Non-binding Arbitration
      Early Neutral Evaluation (ENE)
✓    Mediation
      Private ADR

Deadline for ADR session
      90 days from the date of this order.
✓    other    120 days from this order

IT IS SO ORDERED.

Dated: 8/20/07

*Ronald M. Whyte*
UNITED STATES DISTRICT JUDGE