September 10th, 2007

Honorable Ronald M. Whyte
280 South 1st Street
San Jose, CA 95113

RE: C 07 02411 RMW Feldman & Associates v. Google Inc.

Dear Judge Whyte,

    I hope that this is not an inconvenience on your Honor's court schedule. After consulting with opposing counsel, the parties wish to change their case management statement to allow for an additional fifteen (15) days for Rule 26 disclosures. The rest of the case management schedule would be unaffected. A corrected order that has been stipulated to by both parties is attached with this letter. The order will also be copied to opposing counsel. Please let me know if I need to do anything further.

Respectfully submitted,

/s/ Lawrence E. Feldman

Lawrence E. Feldman, Esq.
Plaintiff: Lawrence E. Feldman & Associates

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAWRENCE E. FELDMAN d/b/a LAWRENCE E. FELDMAN AND ASSOCIATES : <br> Plaintiff : <br> : <br> v. : <br> : <br> GOOGLE, INC : <br> Defendant : | Case No. C 07 02411 RMW <br><br> **[PROPOSED] ORDER TO EXTEND TIME FOR RULE 26 DISCLOSURES** |

ORDER

On this _____ day of _____, 2007, it is the order of this court that the case management statement be amended to allow for fifteen (15) additional days for the parties to make Fed. R. Civ. P. 26 disclosures.

IT IS SO ORDERED:

_____
J.