# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Feldman, | 07-02411 PVT MED |
| Plaintiff(s), | **Notice Vacating Appointment of Mediator** |
| v. | |
| Google, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The appointment of J. Daniel Sharp to serve as the Mediator in this matter is vacated. The ADR Unit will appoint another Mediator to this matter as soon as possible.

Dated: September 18, 2007

RICHARD W. WIEKING
Clerk
by:   Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice Vacating Appointment of Mediator**
07-02411 PVT MED