UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 9/19/07*

| | |
|---|---|
| LAWRENCE E. FELDMAN d/b/a LAWRENCE E. FELDMAN AND ASSOCIATES<br><br>    Plaintiff<br><br>v.<br><br>GOOGLE, INC<br><br>    Defendant | Case No. C 07 02411 RMW<br><br>[PROPOSED] ORDER TO EXTEND TIME FOR RULE 26 DISCLOSURES |

ORDER

On this  19  day of September, 2007, it is the order of this court that the case management statement be amended to allow for fifteen (15) additional days for the parties to make Fed. R. Civ. P. 26 disclosures.

IT IS SO ORDERED:



_____
Ronald M. Whyte, J.