| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | DARALYN J. DURIE - #169825 |
| 2 | DAVID J. SILBERT - #173128 |
| | 710 Sansome Street |
| 3 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 4 | Facsimile: (415) 397-7188 |

Attorneys for Defendant
GOOGLE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

LAWRENCE FELDMAN,

                     Plaintiff,

   v.

GOOGLE, INC.,

                     Defendant.

Case No. C 07-02411 RMW

**NOTICE OF VOLUNTARY DISMISSAL (Fed. R. Civ. P. 41)**

412032.01

NOTICE OF VOLUNTARY DISMISSAL (Fed. R. Civ. P. 41)
CASE NO. C 07-02411 RMW

| | |
|---|---|
| 1 | The parties, through the signatures of their respective counsel undersigned, hereby stipulate to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41, each side to bear their own costs. |

Respectfully submitted,

Dated: February 26, 2008

LAWRENCE E. FELDMAN & ASSOCIATES

By: /s/Lawrence E. Feldman
LAWRENCE E. FELDMAN
Attorneys for Plaintiff

Dated: February 26, 2008

KEKER & VAN NEST, LLP

By: /s/David J. Silbert
DAVID J. SILBERT
Attorneys for Defendant
GOOGLE, INC.

IT IS SO ORDERED.

Dated:

By: _____
THE HONORABLE RONALD M. WHYTE
United States District Judge