| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | DARALYN J. DURIE - #169825 |
| 2 | DAVID J. SILBERT - #173128 |
| | 710 Sansome Street |
| 3 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 4 | Facsimile: (415) 397-7188 |
| 5 | Attorneys for Defendant |
| | GOOGLE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION    *E-FILED - 2/28/08*

LAWRENCE FELDMAN,

                                 Plaintiff,

      v.

GOOGLE, INC.,

                                 Defendant.

Case No. C 07-02411 RMW

**NOTICE OF VOLUNTARY DISMISSAL (Fed. R. Civ. P. 41)** and Order

1   The parties, through the signatures of their respective counsel undersigned, hereby
2   stipulate to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41, each side to bear
3   their own costs.

Respectfully submitted,

Dated: February 26, 2008                LAWRENCE E. FELDMAN &
                                        ASSOCIATES


By: /s/Lawrence E. Feldman_____
    LAWRENCE E. FELDMAN
    Attorneys for Plaintiff

Dated: February 26, 2008                KEKER & VAN NEST, LLP


By: /s/David J. Silbert_____
    DAVID J. SILBERT
    Attorneys for Defendant
    GOOGLE, INC.

IT IS SO ORDERED.

Dated: 2/28/08

By: *Ronald M. Whyte*
    THE HONORABLE RONALD M. WHYTE
    United States District Judge

---

412032.01

1
NOTICE OF VOLUNTARY DISMISSAL (Fed. R. Civ. P. 41)
CASE NO. C 07-02411 RMW